VIA CERTIFIED MAIL

JULY 23, 2025

Eddy Alexandre
Former CEO & Founder of EminiFX
FCC Allenwood Low
P.O. Box 1000
White Deer, PA 17887

To: Honorable Judge John P. Cronan, District Judge.
    40 Foley Square
    New York, NY 10007

cc: Southern District Court of New York
    United States Attorney's Office

> RE: Request for Judicial Notice - 2nd Circuit Decision related to
>     Case No. 22-CR-326(JPC) & 24-CV-5767(JPC)

Dear Honorable Judge Cronan:

I write to formally request that the Court take judicial notice of a recent decision by the United States Court of Appeals for the Second Circuit that may be be pertinent to upcoming proceedings in the above-captioned matter.

The decision, issued on July 8, 2025, in the case of Mackey, Docket No. 23-7577 [1] reversed a prior ruling regarding a conspiracy to deprive individuals of their right to vote. The Appellate Court determined that the government failed to prove that the defendant possessed the necessary intent required to sustain a conviction for the charged conspiracy. This ruling highlights significant concerns regarding the sufficiency of evidence related to intent to sustain criminal charges and may have implications for our current proceedings.

The case provides important legal precedent and underscores the necessity for the government to establish intent beyond reasonable doubt in criminal cases, including but not limited to cases involving allegations of fraud. Given its relevance, I believe it is imperative for the Court to consider this decision during its evaluation of the matters at hand.

I apologize for not attaching a copy of the appellate decision for the Court's convenience. However, I have included a thumbnail brief for internal consumption. Should the Court require any additional information or wish to schedule a hearing regarding this request, please do not hesitate to share the same with me.

Thank you for your prompt attention to this matter.

Respectfully submitted,

/S/ Eddy Alexandre

Eddy Alexandre, pro se
Reg. No. 00712-510
Former CEO & Founder of EminiFX
FCC Allenwood Low
P.O. Box 1000
White Deer, PA 17887

enclosure: Exhibit A Thumbnail brief of U.S. v. Mackey

---

1- United States v. Mackey, (No. 23-7577) (2nd Cir. July 8, 2025)

# Exhibit 1

## UNITED STATES v. MACKEY 2ND CIRCUIT
## THUMBNAIL BRIEF

Case: United States v. Mackey, (No. 23-7577) (2d Cir. July 8, 2025)

Defendant-Appellant Douglas Mackey appealed his conviction from the U.S. District Court for the Eastern District of New York (Judge Donnelly), where he was found guilty under 18 U.S.C. § 241 for conspiring to deprive individuals of their right to vote. The conviction stemmed from memes Mackey posted or reposted on Twitter in the days leading up to the 2016 presidential election, which falsely claimed that Hillary Clinton supporters could vote via text message. On appeal, Mackey challenged the sufficiency of the evidence, arguing that the government failed to prove he knowingly entered into a conspiracy to interfere with voting rights. The Second Circuit agreed, finding that the evidence did not establish that Mackey had the requisite intent to join the charged conspiracy. Accordingly, the Court reversed Mackey's conviction and remanded the case to the district with instructions to enter a judgment of acquittal.

FINDING: The Second Circuit agreed, finding that the evidence did not establish that Mackey had the requisite intent to join the charged conspiracy.

DECISION: Reversed and Remanded to enter a judgment of acquittal.

UNITED STATES DISTRICT COURT
SOUTHERN DISCTRICT OF NEW YORK

Eddy Alexandre
    Petitioner
    V.

UNITED STATES OF AMERICA
    Respondent

Case No. 22-CR-326(JPC)
Hon. Judge John P. Cronan
District Judge

CERTIFICATE OF SERVICE

    I hereby declare under the penalty of perjury, pursuant to 28 U.S.C § 1746; 18 U.S.C § 1621, that on this date I caused a true and complete copy of the attached <u>Request for Judicial Notice - 2nd Circuit Decision related to Case No. 22-CR-326 (JPC) & 24-CV-5767 (JPC)</u>

to be served, in placing same in a sealed envelope and routing it for mailing via First-class United States mail service, with postage thereon fully prepaid, and depositing same in this institution's internal mail system. I am an inmate confined in an institution. The FCC Allenwood-Low has a system designated for legal mail.

    A true copy thereof was served upon the following interested party/ies:

1- Alexander, LI. AUSA-USAO One Saint Andrew's Plaza, New York, NY 10007

2- _____

3- _____

4- _____

5- _____

6- _____

7- _____

DATED: 07 / 23 / 2025

Eddy Alexandre, pro se
Reg. No.: 00712-510
FCC Allenwood-Low
P.O. Box 1000
White Deer, PA 17887

⇔00712-510⇔
Mr Eddy Alexandre
Reg. No.: 00712-510
PO BOX -1000
FCC Allenwood LSCI
White DEER, PA 17887
United States



⇔00712-510⇔
The Clerk Of Court
US DIST Court-Sdny
500 Pearl ST
NEW YORK, NY 10007
United States

★Legal Mail